**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**David Lyndon ARMSTRONG,**
**Defendant—Appellant.**

**No. 09–6369.**

United States Court of Appeals,
Fourth Circuit.

Submitted: July 23, 2009.

Decided: July 29, 2009.

David Lyndon Armstrong, Appellant Pro Se.

Anne Margaret Hayes, Rudolf A. Renfer, Jr., Assistant United States Attorneys, Raleigh, North Carolina, for Appellee.

Before WILKINSON and AGEE, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David Lyndon Armstrong appeals the district court's order denying his motion to modify his sentence pursuant to 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Armstrong,* No. 7:03–cr–00107–F–1 (E.D.N.C. Feb. 17, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*